### 869. HOWELL *v.* SIMPSON GROCERY COMPANY.

HILL, C. J. No error of law appears, and the verdict of the jury settles the conflict in the evidence.          *Judgment affirmed.*

Claim, from city court of Floyd county—Judge Hamilton. November 7, 1907.

Argued February 4,—Decided April 22, 1908.

*George A. H. Harris & Son,* for plaintiff in error.

*Lipscomb & Willingham,* contra.